IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS                                                                      PLAINTIFF
ADC #114556

v.                                    CASE NO. 5:17-CV-00285 BSM

LASONYA GRISWOLD, et al.                                                          DEFENDANTS

## ORDER

The findings and partial recommendation [Doc. No. 47] filed by United States Magistrate Judge Patricia S. Harris and plaintiff Jacob Earls's objections [Doc. No. 50] have been received. After *de novo* review of the record, the findings and partial recommendation are adopted in their entirety. Accordingly, defendants' motions for summary judgment and partial summary judgment [Doc. Nos. 39, 43] are granted. Plaintiff Jacob Earls is allowed to proceed on his claims against defendant Carol Davis, but all other claims and defendants are dismissed without prejudice.

IT IS SO ORDERED this 10th day of December 2018.

UNITED STATES DISTRICT JUDGE